**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                          Case No.: 1:23−cr−00546
                                                            Honorable Thomas M. Durkin

Anthony Montgomery−Wilson, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 28, 2025:

    MINUTE entry before the Honorable Thomas M. Durkin as to Anthony Montgomery−Wilson, Preston Powell: Status hearing held on 8/28/2025. The 7/6/2026 jury trial date will proceed as to Defendant Montgomery−Wilson. The courtroom deputy will contact the parties regarding a trial date for Defendant Powell. An in−court status hearing is set for 11/21/2025 at 9:30 a.m. Defendants are to be present. The government's oral motion to exclude time is granted without objection. Time is excluded through 7/6/2026. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.