# EXHIBIT 1

| N2 - NEW LENOX POLICE DEPARTMENT | CASE REPORT | N2-21-0002919-001 |
|---|---|---|

## NARRATIVE

On 12/21/21 at 9:19 AM I was dispatched to 916 Armstrong in reference to a Stolen Automobile. I met with Dakota R Wetzel and his mother Patricia G Wetzel. When Patricia came home from walking the dog this morning at approximately 8:40 AM she noticed Dakota's 2018 Jeep Grand Cherokee Hellcat (IL registration CQ15339) missing from the driveway. There was broken automobile glass on the right side of the driveway. Dakota said he had backed his vehicle into the driveway, so the broken window would be on the driver's side. Dakota said the vehicle had an American flag license plate cover that says "Kill all tires". Both Dakota and Patricia stated they had no idea who may have taken the vehicle.

I spoke with David G Taylor of 909 Armstrong, because I saw video cameras on the outside of the house. David said he has the unit for the cameras, but does not have a monitor to view it. I forwarded this information to Detective Sgt T Perry.

I spoke with Eric D Larson of 512 Stafford Dr. Eric said he had called the police earlier in the morning about a vehicle with a door and trunk open. After the police officer arrived on scene there, Eric went home. Eric saw the squad car drive by the house a few minutes later (according to 3:58 AM). A couple minutes later, Eric saw a black Jeep drive Westbound on Armstrong and back into the driveway of 916 Armstrong and turn its lights off. The vehicle still had white LED lights around the headlights. Eric saw phone or computer lights on in the Jeep that had backed in. A second vehicle pulled up in front of the house at 916 Armstrong, and then the two vehicles left the area quickly Northbound on Stafford. Eric was not sure if a third vehicle left the driveway as well.

I checked the Flock camera system for the vehicle, but did not get any results. I had Lincolnway Communications Center enter the vehicle into LEADS. This incident was captured on my Axon body worn camera. Nothing further at this time.