# EXHIBIT 2

**Chicago Police Department - ARREST Report**

CB #: 30119629
MONTGOMERY-WILSON, Anthony

## ARREST REPORTING

### INCIDENT NARRATIVE

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

REFERENCE ISP FIELD REPORT F03-22-0502

ON 02/20/2022 AT APPROXIMATELY 00:06, I, TPR E DAVID #6329, WAS ON I-94 N/B EXIT RAMP TO 67TH STREET WHEN I OBSERVED A JEEP WITH IL REGISTRATION CQ15339 WHICH WAS REPORTED STOLEN OUT OF NEW LENOX PD (LEADS V21J2648).

I NOTIFIED POLICE HELICOPTER 1 ON ISPERN AS STATE TROOPERS ATTEMPTED TO CURB THE JEEP. THE JEEP FLED AT HIGH RATES OF SPEED ON THE CITY STREET, AT SPEEDS IN EXCESS OF 103 MPH IN A 30 MPH ZONE ON IN-CAR MOVING RADAR.

POLICE HELICOPTER 1 TRACKED THE JEEP TO 6436 S ELIIS AND THE DRIVER, LATER IDENTIFIED AS MONTGOMERY-WILSON EXIT THE DRIVER'S SEAT AND FLED ON FOOT. MONTGOMERY-WILSON WAS TAKEN INTO CUSTODY BY STATE TROOPERS AND CHICAGO POLICE DEPARTMENT OFFICERS AS HE ATTEMPTED TO FLEE THE AREA ON FOOT.

ARMSTRONG-WILSON REQUESTED AN AMBULANCE FOR SHORTNESS OF BREATH AND WAS TRANSPORTED TO UNIVERSITY OF CHICAGO HOSPITAL BY CHICAGO FIRE DEPARTMENT AMBULANCE.

ARMSTRONG-WISLON WAS RELEASED FROM HOSPITAL WITH APPROPRIATE PAPERWORK AND WAS TRANSPORTED TO CPD 005TH DISTRICT FOR PROCESSING.

FELONY APPROVAL AT 01:48 FOR PSMV AND AGG FLEEING BY ASA J TORRES AT 01:48.

NO $USC ON PERSON
GANG DISCIPLE GANG CARD

SEE WC COMMENTS SECTION FOR ADDITIONAL COMMENTS

### COURT INFO

Desired Court Date: 11 March 2022
Branch: 44-2  3150 W FLOURNOY ST - Room
Court Sgt Handle? No
Initial Court Date: 21 February 2022
Branch: CBC-1  2600 S CALIFORNIA - Room100
Docket #:

### BOND INFO

BOND INFORMATION NOT AVAILABLE

### REPORTING PERSONNEL

**ATTESTING OFFICER:**
I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

Attesting Officer: #6329  DAVID, E (IL0164LANN)  20 FEB 2022 02:22

**ARRESTING OFFICER(S):**

| | | | Beat |
|---|---|---|---|
| 1st Arresting Officer: | 6329 | DAVID, E (ISP DCHGO) | C-109 |
| Arresting Officer - Second: | 6588 | KNAPEREK, J (ISP DCHGO) | C-130 |

**APPROVING SUPERVISOR:**
Approval of Probable Cause : #630  ANDAVERDE, F (PC0R820)  20 FEB 2022 02:39