# EXHIBIT 3

## NARRATIVE SUPPLEMENT REPORT

N2-21-0002919

**Subject:** Vehicle Recovered/Cell Phone SW
**Reporting Officer:** TILTON, BRANDON 147

**Entered By:** TILTON, BRANDON 147
**Entered On:** 2/23/2022 2:51:57 PM

On 02/20/22 I received notification from Sgt. Taylor #138 that this vehicle was recovered by CPD in the area of 6436 S. Ellis, Chicago after being pursued by Illinois State Police on 02/19/22. One offender, later identified as Anthony S. Montgomery-Wilson, 02/26/99, was taken into custody. The vehicle was towed by Airline Towing to an unknown tow yard at this time. I later spoke with FBI Agent Callaghan who advised he received Montgomery-Wilson's cell phone from ISP on 02/22/22 and is willing to turn it over for me to obtain a search warrant for it. I met with Agent Callaghan on 02/25/22 at New Lenox PD and took possession of the cell phone. I drafted a search warrant for the blue Apple iPhone in gray case with IMEI #353075110378317 which was reviewed by ASA Selvey. On 03/03/22 I appeared before Judge Harvey at the Will County Courthouse. After reviewing the facts of the case, Judge Harvey signed the search warrant at 2:50 PM. The original search warrant was filed with the Will County State's Attorney's Office and a copy was submitted with this report.

On 03/04/22 I contacted Det. Mckinney with Joliet PD to assist in using the Graykey device to forensically examine the cell phone. I provided Det. Mckinney with a copy of the search warrant and the physical cell phone.

Further investigation to follow.