UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ANTHONY MONTGOMERY-WILSON,<br><br>  Defendant. | No. 23 CR 546<br><br>Honorable Thomas M. Durkin |

**Affidavit of Anthony Montgomery-Wilson**

ANTHONY MONTGOMERY-WILSON, under oath and penalty of perjury, deposes and states:

1. I am the defendant in the above captioned cause;

2. On February 20, 2022 I was arrested for Possession of a Stolen Motor Vehicle and other charges. At the time of my arrest, I was in possession of my cell phone. My phone was taken by and inventoried by law enforcement.

3. On February 28, 2022 I drove with my parents to the Cook County Sheriff's Office in Maywood, Illinois to retrieve my cell phone. I was informed to go to that office by my attorney who was representing me on the possession of a stolen vehicle case.

4. When I arrived at the Sheriff's Office I requested the return of my cell phone from the officer. My request was refused.

FURTHER AFFIANT SAYETH NOT.

Dated: 11-7-25

_____
Anthony Montgomery-Wilson

Subscribed and sworn to
before me this 7 day
of November, 2025:

_____
NOTARY PUBLIC

OFFICIAL SEAL
LANA K COFFEL
KANKAKEE COUNTY
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires May 08, 2027