# EXHIBIT 5

21-2919

STATE OF ILLINOIS     )
                      ) SS.
COUNTY OF WILL        )

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS
Vs.
IN REGARDS TO A CERTAIN
CRIMINAL INVESTIGATION

### ORDER TO SEAL SEARCH WARRANT DOCUMENTS

The Court finds that this Application for Search Warrant and this Search Warrant, including the caption on said Application and Warrant, contain information regarding an ongoing criminal investigation, and therefore,

IT IS HEREBY ORDERED that any and all documents in this matter relating to the application for and issuance of a search warrant, and any other affidavits, orders, and documents, including the caption, relating to said application shall, upon filing with the Circuit Court, be sealed until further order of this Court.

_____
CIRCUIT JUDGE

3/3/2022
DATE

Search Warrant Page 1 of 13

STATE OF ILLINOIS     )
                      ) SS.
COUNTY OF WILL        )

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

In Regard to a Certain            )
Criminal Investigation            )
                                  )
                                  )   NO. _____
                                  )
                                  )
                                  )
                                  )

# SEARCH WARRANT FOR PHYSICAL ELECTRONIC DEVICES

TO ALL PEACE OFFICERS OF THE STATE OF ILLINOIS:

On this day, March 3, 2022, Detective Brandon Tilton of the New Lenox Police Department, Complainant has signed and sworn to a complaint for search warrant before me. Upon examination of the written complaint, I find that said complaint on its face states facts sufficient to show probable cause for the issuance of a search warrant, and I therefore command that the following entities, locations or real properties be searched:

1. The following described electronic devices, currently in the possession of the New Lenox Police Department, which were recovered from a stolen vehicle and seized as evidence:

    a) A Blue Apple Iphone with gray phone case, IMEI #353075110378317, SIM Card #89012804320332814358.

2. I further command that the following described instruments, articles, and things which have been used in the commission of, or which constitute evidence of the offense(s) of **Aggravated Possession of a Stolen Motor Vehicle 625 ILCS 5/4-103(a)(3):**

    A. All records and other items which provide evidence of ownership or use of the device, including but not limited to ownership, records evidencing ownership or use of the device described above.
    B. All records evidencing occupancy or ownership of the entities, locations or real properties described above including but not limited to phone bills;
    C. Any and all records of credit card numbers or information, personal identifying information of people to identify victims or suspects, and any other evidence of **Aggravated Possession of a Stolen Motor Vehicle 625 ILCS 5/4-103(a)(3).**
    D. Any and all digital images or videos, evidence, data or information on the device described in the paragraphs above pertaining to the offense(s) of: **Aggravated Possession of a Stolen Motor Vehicle 625 ILCS 5/4-103(a)(3).**
    E. All date, time or timestamp information on the device related to files or data accessed by any suspect, witness or victim for this investigation;

F. All date and time or timestamp evidence relating to the above offense(s) on the devices including but not limited to data accessed, created or used by any suspect, witness or victim in the investigation through software or websites used for calendaring, tasks, to do lists, blogs, or personal journals;

G. Any and all evidence of dominion or control over any relevant files or information found on the aforementioned device, particularly in the form of file properties such as file owner, and the dates and times of file creation, modification, or access;

H. Any and all evidence of separate user accounts, passwords for those user accounts, settings, access control, and directories used or created by those user accounts;

I. Encrypted files and the owners, creators and those who access encrypted files.

J. Any and all electronic communications between any suspect and any other suspect, witness, or victim in the investigation.

K. Any and all electronic communications of any suspect, witness or victim in the investigation pertaining to the offense(s) of: **Aggravated Possession of a Stolen Motor Vehicle 625 ILCS 5/4-103(a)(3):**

3. THIS SEARCH WARRANT PERMITS THE FORENSIC ANALYSIS OF ANY DIGITAL MEDIA SEIZED PURSUANT THERETO, INCLUDING DECRYPTION OF ANY ENCRYPTED INFORMATION.

This search warrant shall permit the New Lenox Police Department, and any other law enforcement or investigative agencies, and any federally authorized civilian contractors, to conduct the forensic analysis of the aforementioned devices. Any such agencies or contractors shall have access to the data recovered from the forensic analysis of said devices.

This search warrant shall be considered formally returned within a reasonable time period by listing all physical items seized pursuant to the warrant. Full search warrant return

including the results of any forensic analysis contemplates a reasonable time period in light of the fact that modern hard drives can potentially contain millions of pages of data in a format that is not easily searched. This search warrant shall permit the decryption of any encrypted or password-protected digital data.

I further command that a return of anything so seized shall be made without unnecessary delay before me or before Judge ___any Judge___, or before any Court of competent jurisdiction.

_____ Judge

Date of Issuance: 3/3/2022

Time of Issuance: 2:50 P.M.

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

### COMPLAINT FOR SEARCH WARRANT

1. **Detective Brandon Tilton**, with the New Lenox Police Department, complainant, now appears before the undersigned Judge of the Circuit Court and requests the issuance of a search warrant for the purpose of searching the following entities, locations or real properties:

2. The following described electronic device, currently in the possession of the New Lenox Police Department, which was recovered from a stolen vehicle and seized as evidence:

    (a) A Blue Apple Iphone with gray phone case, IMEI #353075110378317, SIM Card #89012804320332814358.

This warrant is to search for, seize and analyze the following described instrument, articles and things which have been used in the commission of, or which constitute evidence of the offense(s) of **Aggravated Possession of a Stolen Motor Vehicle 625 ILCS 5/4-103(a)(3)**:

  A. Any and all records and other items which provide evidence of ownership or use of the device, including but not limited to ownership, records evidencing ownership or use of the device described above.
  B. Any and all records evidencing occupancy or ownership of the entities, locations or real properties described above including but not limited to phone bills;
  C. Any and all records of credit card numbers or information, personal identifying information of people to identify victims or suspects, and any other evidence of **Aggravated Possession of a Stolen Motor Vehicle 625 ILCS 5/4-103(a)(3);**
  D. Any and all digital images or videos, evidence, data or information on the device described in the paragraphs above pertaining to the offense(s) of: **Aggravated**

Search Warrant Page 6 of 13

**Possession of a Stolen Motor Vehicle 625 ILCS 5/4-103(a)(3);**

E. All date, time or timestamp information on the device related to files or data accessed by any suspect, witness or victim for this investigation;

F. All date and time or timestamp evidence relating to the above offense(s) on the devices including but not limited to data accessed, created or used by any suspect, witness or victim in the investigation through software or websites used for calendaring, tasks, to do lists, blogs, or personal journals;

G. Any and all evidence of dominion or control over any relevant files or information found on the aforementioned device, particularly in the form of file properties such as file owner, and the dates and times of file creation, modification, or access;

H. Any and all evidence of separate user accounts, passwords for those user accounts, settings, access control, and directories used or created by those user accounts;

I. Encrypted files and the owners, creators and those who access encrypted files.

J. Any and all electronic communications between any suspect and any other suspect, witness, or victim in the investigation.

K. Any and all electronic communications of any suspect, witness or victim in the investigation pertaining to the offense(s) of: **Aggravated Possession of a Stolen Motor Vehicle 625 ILCS 5/4-103(a)(3):**

3. IT IS REQUESTED THAT THIS SEARCH WARRANT PERMIT THE FORENSIC ANALYSIS OF ANY DIGITAL MEDIA SEIZED PURSUANT THERETO, INCLUDING DECRYPTION OF ANY ENCRYPTED INFORMATION.
4. It is also requested, due to the volume of information to be searched in modern computers and cell phones, that this search warrant shall be considered formally returned within a reasonable time period by listing all physical items seized pursuant to the warrant.
5. This search warrant shall permit the New Lenox Police Department, and any other law enforcement or investigative agencies, and any federally authorized civilian

contractors, to conduct the forensic analysis of the aforementioned devices. Any such agencies or contractors shall have access to the data recovered from the forensic analysis of said devices.
6. Full search warrant return including the results of any forensic analysis contemplates a reasonable time period in light of the fact that modern hard drives can potentially contain millions of pages of data in a format that is not easily searched. This search warrant should permit the decryption of any encrypted or password-protected digital data.

Complainant states that he has probable cause to believe based on the following facts, that the above described device may contain evidence of the offense(s) of **Aggravated Possession of a Stolen Motor Vehicle 625 ILCS 5/4-103(a)(3)**:

I, Detective Brandon Tilton #147, am employed with the New Lenox Police Department. I have been continuously employed in good standing as a sworn police officer for the Village of New Lenox for six and a half years and am currently assigned to the Investigations Division. I have sought and obtained search warrants and arrest warrants regarding various types of felony offenses. I am currently assigned to the South Suburban Major Crimes Task Force and Will Grundy Major Crimes Task Force where I have assisted in multiple homicide investigations. I am a member of the Will County SWAT Team and have training in the execution of search warrants. I have attended forensic cell phone, call detail records, and computer training including being certified in Cellebrite and Zetx. I have had training regarding the handling of confidential informants and interview techniques. I have participated in hundreds of investigations into crimes such as homicide, firearms, narcotics, fraud, motor vehicle theft, and other felony and misdemeanor level offenses throughout my career.

The facts set forth in this Complaint are based on my personal knowledge and investigation. The Complaint is also based on knowledge I obtained from other individuals, including other law enforcement officers, my review of documents related to

this investigation, communications with others who have personal knowledge of the events and circumstances described in this Complaint, and information gained through my training and experience.

I submit this Complaint for the limited purpose of showing that there is sufficient probable cause to support issuing a warrant to search for and analyze the items identified here. This Complaint does not purport to set forth all of my knowledge of, or investigation into, this matter. Unless specifically indicated otherwise, all conversations and statements described in this Complaint are related in substance and in part only.

## INVESTIGATION

On 12/24/21 at 9:19 AM, New Lenox Officers were dispatched to 916 Armstrong Dr., New Lenox, IL 60451 in reference to a stolen automobile. Officers met with Dakota R. Wetzel and his mother Patricia G. Wetzel. When Patricia came home from walking the dog at approximately 8:40 AM on 12/24/21, she noticed Dakota's 2018 Jeep Grand Cherokee Trackhawk (IL registration CQ15339) missing from the driveway. The vehicle is registered to both Patricia and Dakota Wetzel. There was broken automobile glass on the right side of the driveway. Dakota said he had backed his vehicle into the driveway on 12/23/21 at approximately 11 PM, so the broken window would be on the driver's side. Dakota said the vehicle had an American flag license plate cover that says "Kill all tires". Both Dakota and Patricia stated they had no idea who may have taken the vehicle. Officers spoke with David G. Taylor of 909 Armstrong Dr, New Lenox, IL 60451, due to observing video cameras on the outside of his house. David said he has the unit for the cameras, but does not have a monitor to view it. It should be noted, myself and Det. Sgt. Perry #136 retrieved the DVR and attempted to view video, however there was no recorded video on the DVR system.

Officers also spoke with Eric D. Larson of 512 Stafford Dr., New Lenox, IL 60451. Eric said he called the police earlier in the morning about a vehicle with a door and trunk open. After the police officer arrived on scene there, Eric went home. A couple minutes later, at approximately 3:58 AM, Eric saw a black Jeep drive Westbound on Armstrong Dr., back into the driveway of 916 Armstrong Dr., and turn its lights off. The

vehicle still had white LED lights around the headlights. Eric saw phone or computer lights on in the Jeep that had backed in but could not describe the occupants. A second vehicle pulled up in front of the house at 916 Armstrong Dr., and then the two vehicles left the area quickly Northbound on Stafford Dr. Eric was not sure if a third vehicle left the driveway as well.

On 12/31/21 at approximately 1:00 AM, Sgt. Simon #107 spoke with Detective Vaci from the Chicago Police Department regarding the stolen Jeep Grand Cherokee. Det. Vaci advised the Jeep had been used in a shooting investigation and they are now looking to recover the vehicle for evidence. Det. Vaci provided the following information in summary and not verbatim: "On 30 December 2021, @2207 Hours a Gray newer model Jeep pulled up to the intersection of 77th and Stewart in the 006th district. 4 male blacks exit the Jeep and fire upon our victim (Justin Coleman - No IR#) who was struck in the back of the head. Our shot spotter technology detected that full auto weapons were used. The 4 male blacks fled in the Jeep and made good of their escape. A witness on scene, who refused to provide their information, was able to produce a license plate number of CQ15339."

On 01/02/22, I received an email from Det. Kozubal of the Dyer PD who advised he located a 2018 Jeep Grand Cherokee Trackhawk listed for sale on Facebook Marketplace. He attached images to the email and I was able to observe the license plate CQ15339 in the front windshield, which is the registration for the stolen Jeep. An image of the rear of the Jeep also showed an American flag license plate frame that read, "Kill the Tires," which is the frame that was on the vehicle when it was stolen. Based on the license plate, license plate frame, and other pictures of the vehicle which match our stolen vehicle, it was determined this was most likely our stolen Jeep listed for sale.

The Facebook profile attached to the Marketplace ad was, "Maya Nicole." The url for the Marketplace ad is https://www.facebook.com/marketplace/109932439032941/?hoisted_items=329775015661636. I then navigated to the seller profile which was viewed at url https://www.facebook.com/guwopp.gettingit. The Facebook profile of Maya Nicole depicted limited pictures of a female black subject and the most recent post was from

December of 2020. I used Facebook's online law enforcement portal to submit a preservation request for the Maya Nicole account.

On 01/06/22 I spoke with Det. Vaci who advised the IL registration CQ15339 is still affixed to the Jeep and was captured on LPR's earlier that day. Det. Vaci also advised the vehicle was involved in a second shooting which occurred in the area of 86th & Parnell, Chicago. Finally, I viewed an All Points Bulletin sent by Libertyville PD which showed on 12/31/21, the Jeep was used in a dealership burglary at Gregory Infiniti in which two vehicles were stolen.

On 02/20/22 I received notification from New Lenox PD Sgt. Taylor #138 that this Jeep Grand Cherokee Trackhawk was recovered by CPD in the area of 6436 S. Ellis, Chicago after being pursued by Illinois State Police on 02/19/22. One offender, later identified as Anthony S. Montgomery-Wilson, 02/26/99, was taken into custody after fleeing from the stolen vehicle. I used the police database CLEAR to locate Chicago PD report CB#30119629 which documented the arrest of Montgomery-Wilson. Montgomery-Wilson was in possession of a blue Apple Iphone with gray phone case, IMEI #353075110378317, SIM Card #89012804320332814358. Based on Montgomery-Wilson being in possession of the stolen vehicle and fleeing from the stolen vehicle, I believe he had knowledge the vehicle was stolen. I also believe evidence of the crime of aggravated possession of a stolen motor vehicle may be found in Montgomery-Wilson's cellular phone. I know from previous investigations that cellular phones are used to communicate and coordinate the steal and transfer of stolen motor vehicles.

It should be noted that the blue Apple Iphone does not belong to the listed victims, Mr. Wetzel or Mrs. Wetzel. In addition, it is also probable that communication regarding the stolen Jeep Grand Cherokee Trackhawk will be found in this cellular phone and will assist in identifying additional suspects for the auto theft.

Your complainant has knowledge and experience that files that may have been deleted or apparently erased by a cell phone or computer user can often be recovered days, months or even years later either in full or in part through the use of forensic

software tools. Special forensic software can examine the "slack space" or unused portion of a hard drive and can often find deleted files or files previously placed there by the electronic device's operating system. This same software can "undelete" files and file fragments utilizing special tools, and said tools exist to analyze information contained on computers, GPS units and cellular phones and computers.

Based on the above information, I believe that there is probable cause to believe that evidence of the offense(s) of **Aggravated Possession of a Stolen Motor Vehicle 625 ILCS 5/4-103(a)(3),** is contained within the above-described devices.

_____#147_____
APPLICANT

Subscribed and sworn to before me on
March 3, 2022, at 2:50 P.M.

_____
JUDGE

## RETURNED EXECUTED

Executed by searching _BLUE APPLE IPHONE IMEI#353075110378317_
on the _4TH_ day of _MARCH 2022_ at _9:02_ o'clock _A_.M. by examining the above described accounts listed in the attached inventory and returning same to Judge _DeWilkins_; and leaving copies of the attached Search Warrant with _BLUE APPLE IPHONE IN NLPD EVIDENCE_ on _4TH MARCH 2022_ at _9:02_ o'clock _A_.M.

_#147_
COMPLAINANT

Date Returned _5-10, 22_

Time Returned _2:41 p_. M.

_Donald DeWill_
TWELFTH CIRCUIT JUDGE

---

## RETURNED NOT EXECUTED

I did not execute this warrant within 96 hours from the time of issuance and it is hereby returned to the Court as void and not executed.

COMPLAINANT

Date Returned _____

Time Returned _____ M

TWELFTH CIRCUIT JUDGE

Search Warrant Page 13 of 13