# EXHIBIT 6

GRAYSHIFT

# GrayKey Progress Report

**Evidence ID: 598**

**Examiner Name: German #234**

GrayKey Serial #: 68059dead4391814
GrayKey Software: OS Version: 1.7.5.20022111, App Bundle: 2.2.7b4
Report generation time: 2022-03-11 18:59:26 UTC



## Target Device Information

| Device Name | iPhone |
|---|---|
| Software Version | 15.1.1 [19B81] |
| Model | iPhone 12 Pro [iPhone13,3 D53pAP] |
| Unique Device ID (UDID) | 00008101-000329E21491003A |
| Unique Chip ID (ECID) | 890475914526778 |
| WiFi MAC Address | f8:10:93:da:00:d3 |
| Phone Number | 17735808272 |
| IMEI | 353075110378317 |
| IMEI(2) | 353075110564494 |
| Data Partition Size | 32.05GB (34415955968 bytes) |
| Lock State | After First Unlock |
| Agent Version | 2.2.7b4 |
| Backup State | iCloud Backup, Last Backup Date: 2022-02-13 17:05:29 UTC |
| Owner Name | Anthony Wilson |
| Accounts | ajlilman11@icloud.com, jizzle086@icloud.com |

## Event Log

2022-03-11 18:56:57 UTC: Initial access started.
2022-03-11 18:59:00 UTC: Initial access succeeded.
2022-03-11 18:59:02 UTC: On-device agent started. Device Time: 2022-03-11 12:59:27 -06:00
 Device Boot Time: 2022-02-17 18:29:32 -06:00   OS Version: 1.7.5.20022111   AL Version: 2.2.7b4
2022-03-11 18:59:02 UTC: Connected to on-device agent.
2022-03-11 18:59:15 UTC: Progress report generated.
2022-03-11 18:59:26 UTC: Progress report generated.
2022-03-11 18:59:28 UTC: Manual data extraction requested.
2022-03-11 18:59:28 UTC: Keychain extraction started.
2022-03-11 18:59:28 UTC: Keychain extraction complete. Result:  Success
2022-03-11 18:59:28 UTC: Filesystem extraction started.
2022-03-11 19:26:53 UTC: Filesystem extraction complete. Result:  Success
2022-03-11 19:26:54 UTC: Progress report generated.
2022-03-11 19:27:15 UTC: Initial access succeeded.
2022-03-11 19:27:19 UTC: On-device agent started. Device Time: 2022-03-11 13:27:44 -06:00
 Device Boot Time: 2022-02-17 18:29:32 -06:00   OS Version: 1.7.5.20022111   AL Version: 2.2.7b4
2022-03-11 19:27:19 UTC: Connected to on-device agent.
2022-03-11 19:27:44 UTC: Passcode bruteforce started.

GRAYSHIFT

2022-03-11 19:27:48 UTC: Passcode bruteforce complete. Result: Failure
2022-03-11 19:27:53 UTC: On-device agent uninstalled.
2022-03-11 19:30:38 UTC: Progress report generated.

## Extraction Result Summary

| Instant AFU Filesystem | 2022-03-11 19:26:51.010001 UTC |
|---|---|
| Extraction size | 25.14GB (26996035948 bytes) |
| SHA256 | afc3a85048947b70387137f7ccb990c261324ac147b05e19db3c2aa8022a8ef1 |
| MD5 | cab3607f7905c0d17cd0f344d6c2b7c8 |

| Keychain | 27 Keys, 13 Certificates, 149 Internet passwords, 659 General passwords |
|---|---|
| SHA256 | 53b47557c3d54df106007eac2c94fed909fd890bc727a611a67a43e5d260046a |
| MD5 | 88f473541b97ea29a9ab9bbebe73eb47 |