# EXHIBIT 7

## NARRATIVE SUPPLEMENT REPORT

N2-21-0002919

**Subject:** GrayKey Extraction
**Reporting Officer:** TILTON, BRANDON 147

**Entered By:** TILTON, BRANDON 147
**Entered On:** 7/8/2022 10:57:08 AM

I retrieved the cellular phone and external hard drive containing the GrayKey extraction from Detective German of the Joliet PD. I returned to New Lenox PD and used the Cellebrite computer program to analyze the data. I learned that the iPhone 12 Pro was operating the software version 15.1.1. The phone number associated with the device was 773-580-8272. The owner name listed on the device was Anthony Wilson and the two iCloud accounts listed on the device were ajlilman11@icloud.com and jizzle086@icloud.com. It should be noted Anthony Montgomery-Wilson was the subject arrested and in possession of this phone at the time of vehicle recovery.

Further review showed the majority of the media images and videos depicted a subject that matched known images of Anthony Montgomery-Wilson. I found one video of interest which showed the victim's stolen vehicle inside of an unknown garage. The vehicle had just been washed and the person taking the video was walking around the vehicle. The vehicle matched our victim's stolen Jeep and I could also observe a license plate in the front passenger windshield which registered to the victim. Finally, the garage the vehicle was in matched the Facebook Marketplace listing from 01/02/22.

The full extraction was entered into evidence.

Nothing further.