**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                    Case No.: 1:23−cr−00546
                                                      Honorable Thomas M. Durkin

Anthony Montgomery−Wilson, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 13, 2025:

    MINUTE entry before the Honorable Thomas M. Durkin as to Anthony Montgomery−Wilson: The Court adopts the following agreed briefing schedule as to Defendant's motion to suppress evidence [136]: the government's response is due by 12/15/2025; Defendant's reply is due by 1/14/2026. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.