# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                        Case No.: 1:23−cr−00546

                                                                           Honorable Thomas M. Durkin

Anthony Montgomery−Wilson, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 21, 2025:

      MINUTE entry before the Honorable Thomas M. Durkin as to Anthony Montgomery−Wilson, Preston Powell: Status hearing held on 11/21/2025. The trial dates stand. The parties are to contact the courtroom deputy to schedule a hearing on the motion to suppress, and to set a briefing schedule on the motion in limine. An in−court status hearing is set for 2/3/2026 at 9:30 a.m. Defendants are to be present. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.