UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY MONTGOMERY-WILSON<br>    also known as "A.J." and "Mike City A.J.," | No. 23 CR 546-1<br><br>Hon. Thomas M. Durkin |

**GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSTION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**

The United States of America respectfully requests an additional seven days, until **December 22, 2025,** in order to file its response to defendant Anthony Montgomery-Wilson's motion to suppress evidence. Defendant does not oppose this request.

On October 16, 2023, defendants Anthony Montgomery-Wilson and Preston Powell were charged by indictment with conspiring to use a facility of interstate commerce with the intent that a murder-for-hire be committed and that death did result, in violation of Title 18, United States Code, Section 1958(a), and using a facility of interstate commerce with the intent that a murder-for-hire be committed and that a death did result, in violation of Title 18, United States Code, Section 1958(a). Dkt. 1. Montgomery-Wilson is also charged with the possession of a firearm as a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1). On June 11, 2025, the Court scheduled a jury trial as to Montgomery-Wilson to begin on July 6, 2026. Dkt. 123, 128, 129.

On November 10, 2025, Montgomery-Wilson filed a motion to suppress evidence recovered from his cell phone that was recovered from Montgomery-Wilson on February 20, 2022, during his arrest for another offense. Dkt. 136, 137. The motion attacks a state warrant that was sought and executed on his cell phone for the unrelated state offense, as well as a later federal warrant that was executed on the phone for evidence and instrumentalities concerning the charged offenses. The evidence Montgomery-Wilson seeks to suppress is central to this matter.

The government respectfully requests an additional seven days in order to complete its response to defendant's motion. Defendant does not oppose this request and will not be prejudiced if the Court grants the government's motion. This matter was charged in the fall of 2023 and defendant's motion was only recently filed, and defendant is not scheduled to proceed to trial for another seven months. The government has been diligently preparing its response to defendant's motion. But given the nature of the bases upon which defendant seeks to suppress the evidence, and the nature of the evidence that defendant seeks to suppress, the government respectfully requests an additional seven days in order to complete its response.

\* \* \*

For these reasons, the United States respectfully requests additional time to respond to defendant's motion to suppress evidence, until **December 22, 2025.**

        Respectfully submitted,

        ANDREW S. BOUTROS
        United States Attorney

By:   /s/ *Jason A. Julien*
        JARED JODREY
        JASON A. JULIEN
        Assistant United States Attorneys
        United States Attorney's Office
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 353-5300

**CERTIFICATE OF SERVICE**

      I, Jason A. Julien, an attorney, certify that I served a copy of the foregoing Government's Unopposed Motion for an Extension of Time to Respond to Defendant's Motion to Suppress Evidence by filing the same using the CM/ECF System, and that a copy will be provided to all parties of record designated to receive notice.

                                  Respectfully submitted,

                                  ANDREW S. BOUTROS
                                United States Attorney

By:    /s/ *Jason A. Julien*
         JARED JODREY
         JASON A. JULIEN
         Assistant United States Attorneys
         United States Attorney's Office
         219 South Dearborn St., Rm. 500
         Chicago, Illinois 60604
         (312) 353-5300