UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONTGOMERY-WILSON, ET AL | No. 23 CR 546 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that Assistant United States Attorney Jason A. Julien is no longer assigned to the above-captioned case. The undersigned Assistant United States Attorney, who has appeared in this case, is leaving the employment of the United States Attorney's Office for the Northern District of Illinois.

                                              Respectfully submitted,

                                              ANDREW S. BOUTROS
                                              United States Attorney

By:    */s/Jason A. Julien*
        JASON A. JULIEN
        Assistant United States Attorney
        219 S. Dearborn Street, Rm. 500
        Chicago, Illinois 60604
        (312) 353-5300