UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 23 CR 546 |
| ANTHONY MONTGOMERY-WILSON<br>also known as "A.J." and<br>"Mike City A.J." | Hon. Thomas M. Durkin |

**GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION**

The UNITED STATES OF AMERICA, through its attorney ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully submits this unopposed motion for an extension:

1. On October 16, 2023, defendants Anthony Montgomery-Wilson and Preston Powell were charged by indictment with conspiring to use a facility of interstate commerce with the intent that a murder-for-hire be committed and that death did result, in violation of Title 18, United States Code, Section 1958(a), and using a facility of interstate commerce with the intent that a murder-for-hire be committed and that a death did result, in violation of Title 18, United States Code, Section 1958(a). R. 1. Defendant is also charged with the possession of a firearm as a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1). *Id.*

2. On June 11, 2025, the Court scheduled a jury trial as to defendant to begin on July 6, 2026. R. 123, 128, 129.

1

3. On November 10, 2025, defendant filed a motion to suppress evidence recovered from his cell phone that was recovered from defendant on February 20, 2022, during his arrest for another offense. R. 136, 137.

4. On December 22, 2025, the government filed its response to defendant's motion to suppress. R. 150. On January 12, 2026, defendant filed a reply in support of his motion to suppress. R. 155.

5. At a status hearing on February 9, 2026, defendant indicated that he intended to supplement his motion to suppress. Per the Court's order, the parties filed a status report on February 23, 2026. R. 160. The Court ordered defendant to file a supplement to his motion to suppress by March 13, 2026, and the government to respond by March 27, 2026. R. 161. The Court gave defendant until April 6, 2026 to reply. *Id.*

6. On March 12, 2026, defendant filed his supplement to his motion to suppress. R. 164. The supplement included an attached forensic report. R. 164-1.

7. The government has reviewed defendant's supplement and forensic report and is preparing its response. In light of discussions between the parties and prescheduled travel for both government counsel, the government requires an additional seven days to complete its response, if necessary.

8. On March 26, 2026, the government contacted defense counsel regarding this motion and defense counsel does not oppose the government's motion for an extension.

9. This motion is not filed for the purpose of delay.

10. Accordingly, through this motion, the government requests a 7-day extension from March 27, 2026, to and including April 3, 2026, by which date the government may file its response to defendant's motion to suppress evidence. The government also requests that defendant's reply date be extended 7 days from April 6, 2026, to April 13, 2026.

WHEREFORE, the government respectfully requests an extension of 7 days to and including April 3, 2026 to file its response to defendant's supplement to his motion to suppress evidence recovered during the searches of a cellular telephone recovered by law enforcement on February 20, 2022 (R. 164).

Date: March 26, 2026

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/ Richard M. Rothblatt*
RICHARD M. ROTHBLATT
JARED JODREY
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
312-353-5358

3