## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.

Anthony Montgomery–Wilson, et al.

                       Defendant.

Case No.: 1:23–cr–00546
Honorable Thomas M. Durkin


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, March 27, 2026:


      MINUTE entry before the Honorable Thomas M. Durkin as to Anthony Montgomery–Wilson: Unopposed motion for extension of time [169] is granted. The government is to file its response to defendant's supplement to his motion to suppress evidence [164] by 4/3/2026. Defendant's reply is due by 4/13/2026. Mailed notice. (ecw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.