UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ANTHONY MONTGOMERY-WILSON
also known as "A.J." and
"Mike City A.J."

No. 23 CR 546

Hon. Thomas M. Durkin

**GOVERNMENT'S UNOPPOSED MOTION TO
STRIKE RESPONSE DEADLINE**

The UNITED STATES OF AMERICA, through its attorney ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully submits this unopposed motion to strike the government's response deadline to defendant's supplemental filing in support of his suppression motion:

1.     On October 16, 2023, defendants Anthony Montgomery-Wilson and Preston Powell were charged by indictment with conspiring to use a facility of interstate commerce with the intent that a murder-for-hire be committed and that death did result, in violation of Title 18, United States Code, Section 1958(a), and using a facility of interstate commerce with the intent that a murder-for-hire be committed and that a death did result, in violation of Title 18, United States Code, Section 1958(a). R. 1. Defendant is also charged with the possession of a firearm as a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1). *Id.*

2.     On June 11, 2025, the Court scheduled a jury trial as to defendant to begin on July 6, 2026. R. 123, 128, 129.

1

3.     On November 10, 2025, defendant filed a motion to suppress evidence recovered from his cell phone that was recovered from defendant on February 20, 2022, during his arrest for another offense. R. 136, 137. On December 22, 2025, the government filed its response to defendant's motion to suppress. R. 150. On January 12, 2026, defendant filed a reply in support of his motion to suppress. R. 155.

4.     On March 12, 2026, defendant filed his supplement to his motion to suppress. R. 164. The government's response is due to be filed by April 3, 2026. Dkt. 170. On March 31, 2026, defendant's case was set for a change of plea hearing on April 16, 2026. Dkt. 171.

5.     Given that the parties have reached a plea agreement in this case, the government requests that the Court strike its response deadline. Counsel for defendant do not have an objection to striking the government's response deadline.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:     */s/ Jared Jodrey*
        JARED JODREY
        RICHARD ROTHBLATT
        Assistant United States Attorneys
        United States Attorney's Office
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        312-353-5358

2