

**1:23-cr-00546**
**Judge Thomas M. Durkin**
**Magistrate Judge Young B. Kim**
**DIRECT / Cat.4**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 23 CR 546 |
| v. | Violation: Title 18, United States Code, Section 924(j)(1) |
| ANTHONY MONTGOMERY-WILSON, also known as "A.J." and "Mike City A.J." | **SUPERSEDING INFORMATION** |

The UNITED STATES ATTORNEY charges:

On or about January 27, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANTHONY MONTGOMERY-WILSON,
also known as "A.J." and "Mike City A.J.,"

defendant herein, in the course of a violation of Title 18, United States Code, Section 924(c), did use, carry, brandish, and discharge a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the use of a facility of interstate commerce with the intent that a murder be committed, in violation of the laws of the State of Illinois (Chapter 720, Illinois Compiled Statutes, Section 5/9-1, 5/5-1, and 5/5-2), namely, the murder of Victim A, as consideration for the receipt of, and as consideration for the promise and agreement to pay, a thing of pecuniary value, and the death of Victim A did result, in violation of Title 18, United States Code, Section 1958(a);

In violation of Title 18, United States Code, Section 924(j)(1).

## <u>FORFEITURE ALLEGATION</u>

The UNITED STATES ATTORNEY alleges:

1.     Upon conviction of an offense in violation of Title 18, United States Code, Section 924(j)(1), as set forth in this Superseding Information, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.     The property to be forfeited includes, but is not limited to, a Ruger AR-556 semiautomatic pistol, bearing serial number 858-61994, and associated ammunition.


/s/ *Andrew S. Boutros* by CKV

UNITED STATES ATTORNEY