**FELONY**



**FILED**
4/16/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMC

1:23-cr-00546
Judge Thomas M. Durkin
Magistrate Judge Young B. Kim
DIRECT / Cat.4

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS



| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Anthony Montgomery-Wilson | No | Yes |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **Yes**
Case Number: **23 CR 00546**
Case Title: ***United States v. Anthony Montgomery-Wilson and Preston Powell***
Assigned Judge: **Thomas M. Durkin, District Judge**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

Will any defendant require a foreign language interpreter for Court appearances? **No**

What is the most severe level of offense/penalty in this indictment or information? **Firearms IV**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 18, United States Code, Section 924(j)(1)**

Assistant United States Attorney(s): **Jared Jodrey & Richard Rothblatt**

Contact Person and Phone Number: **Jared Jodrey (312-353-5358)**