**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 16 2026

JUDGE THOMAS M. DURKIN
U.S. DISTRICT COURT

UNITED STATES OF AMERICA ) No. 23 CR 546
)
v. ) Judge Thomas M. Durkin
)
ANTHONY MONTGOMERY-WILSON )

## WAIVER OF INDICTMENT

I, ANTHONY MONTGOMERY-WILSON, the above-named defendant, who is accused of using, carrying, brandishing, and discharging a firearm, during and in relation to a crime of violence, in violation of Title 18, United States Code, Section 924(j)(1), being advised of the nature of the charges, the proposed superseding information, and my rights, hereby waive in open court on April 16, 2026, prosecution by indictment and consent that the proceeding may be by superseding information rather than by indictment.

ANTHONY MONTGOMERY-WILSON
Defendant

KEITH SPIELFOGEL
DARRYL GOLDBERG
Attorneys for Defendant